PAGES 1-15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE MAXINE M. CHESNEY, JUDGE


THE UNITED STATES OF AMERICA,   )
                               )
         PLAINTIFF,        )
                               )
                               )
VS.                           )   NO. CR-08-0307 MMC
                               )
MADJARIAN,                  )
                               )
         DEFENDANT.       )
                               )

_____


SAN FRANCISCO, CALIFORNIA
NOVEMBER 5, 2008

**TRANSCRIPT OF PROCEEDINGS**

APPEARANCES:

FOR THE PLAINTIFF,
THE UNITED STATES OF
AMERICA,

        BY:
               KIRSTIN AULT, ASSISTANT U.S. ATTORNEY
               U.S. ATTORNEY'S OFFICE,
               1301 CLAY STREET, SUITE 340 SOUTH
               OAKLAND, CALIFORNIA 94612

               T: (510) 637-3680
               FACSIMILE: (510) 637-3724
               E-MAIL: KIRSTIN.AULT@USDOJ.GOV


      (APPEARANCES CONTINUED ON THE FOLLOWING PAGE)
       REPORTED BY:  CATHERINE EDWARDS, CSR 3071

            (APPEARANCES CONTINUED FROM THE PRECEEDING PAGE)

FOR THE DEFENDANTS,
MR. SARKIS MADJARIAN, AND
MR. ARTASHES TER MKRTICHYAN

                    BY:     GARO BARKEV GHAZARIAN, ESQUIRE
                            LAW OFFICE OF GARO B. GHAZARIAN
                            15915 VENTURA BOULDVARD, SUITE 203,
                            ENCINO, CALIFORNIA 91436


                            T: (818) 905-6484
                            FACSIMILE: (818) 905-6481
                            E-MAIL: GBLAW@SBCGLOBAL.NET

NOT PRESENT:
                            MARK ROSENBUSH, ESQUIRE
                            (415) 861-3555
                            E-MAIL: MARKROSENBUSH@MINDSPRING.COM



FOR THE DEFENDANT,
MR. SERGE ZADIKIAN,

                    BY:     THOMAS V. JOHNSTON, ESQUIRE
                            THE LAW OFFICES OF THOMAS V. JOHNSTON
                            15915 VENTURA BOULEVARD, SUITE 301
                            ENCINO, CALIFORNIA 91436


                            T: (818)905-5454
                            CELL: (818) 371-3500
                            FACSIMILE: (818) 986-1330
                            E-MAIL: ^   (N/A)



ALSO PRESENT:
                            MR. SARKIS MADJARIAN
                            MR. ARTASHES TER MKRITCHYAN
                            MR. SERGE ZADIKIAN


                 < - < - <   O  O  O   > - > - >

```
 1   UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

 2   THE HONORABLE MAXINE M. CHESNEY, JUDGE, PRESIDING

 3   COURTROOM 7, 19TH FLOOR

 4   COURTROOM DEPUTY-CLERK:  MISS TRACY LUCERO

 5   NOVEMBER  5, 2008

 6   2:30 P.M.

 7   THE UNITED STATES OF AMERICA, VS.  SARKIS MADJARIAN, ARTASHES

 8   TER MKRTICHYAN, AND SERGE ZADIKIAN

 9   CR-08-0307    (ALL THREE DEFENDANTS ARE PRESENT IN COURT.)

10   HEARING RE:  FURTHER STATUS / TRIAL SETTING CONFERENCE

11   (THE JUDGE IS ON THE BENCH.)

12            THE CLERK:  CALLING CRIMINAL CASE NUMBER 08-307, THE

13   UNITED STATES VERSUS MADJARIAN,

14            THE COURT:  "ET AL."

15            MISS AULT:  GOOD AFTERNOON, YOUR HONOR; KIRSTIN AULT,

16   FOR THE UNITED STATES.

17            THE COURT:  THANK YOU.

18            MR. JOHNSTON:  GOOD AFTERNOON, YOUR HONOR; TOM

19   JOHNSTON, FOR THE DEFENDANT, SERGE ZADIKIAN, WHO IS PRESENT IN

20   COURT.

21            THE COURT:  THANK YOU.

22            MR. GHAZARIAN:  GOOD AFTERNOON, YOUR HONOR.  GARO

23   GHAZARIAN, FOR SARKIS MADJARIAN, WHO IS HERE.

24            AND ALSO ESPECIALLY APPEARING FOR FOR  ATTORNEY BOB

25   ROSENBUSH, FOR ARTASHES TER MKRTICHYAN.
```

```
 1              THE COURT:  ALL RIGHT, THANK YOU.

 2              THIS MATTER WAS CONTINUED FOR FURTHER STATUS AND TRIAL

 3    SETTING --

 4              LET ME ASK MISS AULT WHAT SHE  UNDERSTANDS THE STATUS

 5    TO BE AND THEN JUST CONFIRM THAT SHE HAS CORRECTLY STATED WHAT

 6    COUNSEL UNDERSTANDS AS WELL.

 7              MISS AULT:  YES, YOUR HONOR.  THIS MATTER ORIGINALLY

 8    APPEARED, IT WAS THE FIRST APPEARANCE FOR THESE DEFENDANTS ON

 9    SEPTEMBER 3RD.

10              AND MR. ROSENBUSH, AT THAT TIME, WHO IS COUNSEL FOR

11    MR. TER MKRTICHYAN, STATED THAT HE WAS GOING TO BE IN A TRIAL.

12    I UNDERSTAND THAT HE CURRENTLY IS IN TRIAL.

13              HOWEVER, DURING THAT TIME WE HAVE MADE PROGRESS.  I

14    HAVE PROVIDED DISCOVERY TO DEFENSE COUNSEL.

15              I HAVE ALSO PROVIDED  PROPOSED PLEA AGREEMENTS TO ALL

16    DEFENSE COUNSEL.

17              AND WHAT I THINK -- I HAVE SPOKEN WITH DEFENSE

18    COUNSEL, WHO ARE HERE.  WHAT WE SHOULD PROBABLY DO IS PUT IT

19    OVER ONE MORE TIME.  AND THEN, AT THAT NEXT APPEARANCE, SET IT

20    FOR MOTIONS.

21              NOW, I UNDERSTAND THAT MR. ROSENBUSH IS NOW -- WHO HAD

22    ORIGINALLY ANTICIPATED TO BE OUT OPF TRIAL BY DECEMBER, NOW IT

23    IS NOT GOING TO BE UNTIL THE END OF JANUARY.

24              AND I CERTAINLY OBJECT TO PUTTING THE CASE OVER UNTIL

25    FEBRUARY.
```

1    I UNDERSTAND THAT MR. ROSENBUSH IS IN TRIAL.  BUT THE

2  CSE NEEDS -- WE NEED TO KEEP MOVING THE CASE FORWARD.

3    THE COURT:  WELL, THAT CAN BE DONE IF THE APPEARANCES

4  ARE IN THE NATURE OF SETTING HEARING DATES, AND MR. ROSENBUSH'S

5  CALENDAR IS MADE KNOWN TO ONE OF THE OTHER CO-COUNSEL.

6    MR. GHAZARIAN:  YOUR HONOR, IF I MAY BRIEFLY BE HEARD.

7    I SPOKE WITH MR. ROSENBUSH LATE LAST NIGHT AS WELL AS

8  AROUND THE LUNCH HOUR TODAY WHEN I LANDED FROM LOS ANGELES IN

9  SAN FRANCISCO AIRPORT.

10    HE INDICATED TO ME THAT HIS TRIAL BEGAN THE LAST WEEK

11  OF SEPTEMBER AND IS DUE TO GO UNTIL THE LAST WEEK OF JANUARY.

12  THEY ARE STILL IN JURY SELECTIONS THIS WHOLE TIME.  THEY HAVE

13  DONE MOTIONS IN LIMINE, AND THEY ARE ABOUT TO TRANSITION FROM

14  HARDSHIP TO VOIR DIRE.

15    HE ALSO INDICATED TO ME THAT HE BELIEVED HE HAD

16  INFORMED THE COURT LAST TIME, THAT THIS WAS A MATTER BEFORE

17  JUDGE MILLER, IN DEPARTMENT 23, HALL OF JUSTICE, WITH HARRY

18  DORFMANN AS A PROSECUTOR.

19    THE COURT:  I DON'T THINK THAT REALLY MATTERS. BUT CAN

20  WE GET A LITTLE CLOSER TO THE POINT YOU ARE ABOUT TO MAKE HERE?

21    MR. GHAZARIAN:  THE POINT I'M ABOUT TO MAKE HERE IS

22  THE FOLLOWING.

23    THE COURT: OKAY.

24    MR. GHAZARIAN:  HE IS GOING TO BE IN TRIAL. I HAVE

25  NEVER BEEN REPRESENTED BY MR. ROSENBUSH THAT HIS TRIAL WAS GOING

1    TO END IN DECEMBER.

2            I HAVE ALWAYS KNOWN THAT HIS TRIAL WAS GOING TO GO

3    INTO JANUARY.

4            I AM MORE THAN HAPPY TO KEEP COMING UP HERE.  BUT --

5            THE COURT:  WELL, WE DON'T WANT YOU TO HAVE TO KEEP

6    COMING IF NOTHING IS GOING TO HAPPEN.

7            BUT, IS THERE ANY REASON WHY, FOR EXAMPLE, AT THE

8    NEXT CALLING WE COULDN'T HAVE A DATE SET FOR WHATEVER IT IS

9    GOING TO BE, PRETRIAL MOTIONS.

10           ACTUALLY I SHOULDN'T ACCEPT, IN THE FUTURE, MISS AULT,

11   A STATEMENT THAT THAT MATTERS ARE GOING TO BE BRIEF.

12           BECAUSE THIS IS OBVIOUSLY NOT AN BRIEF MATTER; IT IS

13   NOT SIMPLE; THE PARTIES ARE IN DISAGREEMENT; IN THE MEAN TIME,

14   THE MARSHAL HAS PEOPLE IN CUSTODY.

15           SO, IN THE FUTURE, YOU SHOULD EITHER TRY TO GET AN

16   AGREEMENT SO YOU COULD GET CALLED  EARLIER, OR YOU ARE PROBABLY

17   GOING TO HAVE TO WAIT UNTIL ALL THE CUSTODY'S ARE CALLED.

18           IN ANY EVENT, ARE YOU OBJECTING TO THE MATTER BEING

19   PUT OVER IN ADVANCE  OF MR. ROSENBUSH BEING THROUGH WITH HIS

20   TRIAL?

21           MR. GHAZARIAN:  YES, YOUR HONOR.

22           THE COURT:  WHY?

23           MR. GHAZARIAN:  BECAUSE MR. ROSENBUSH IS NOT IN A

24   POSITION TO WORK ON THE CASE, BASED ON HIS REPRESENTATION TO THE

25   GOVERNMENT.

1      AND TO SET A DATE FOR MOTIONS, MR. ROSENBUSH WILL

2  OBVIOUSLY NOT BE READY TO  PROCEED WITH THE MOTIONS.

3      THE COURT:  I GUESS WHAT I UNDERSTAND, I GATHER FROM

4  MISS AULT, IS THAT SHE WOULD LIKE TO GET SOME DATES SET.  THEY

5  DON'T HAVE TO BE SET AT A TIME THAT COULD CROWD MR. ROSENBUSH'S

6  ABILITY, SO TO SPEAK, TO GET READY FOR THEM, BUT JUST TO HAVE

7  THEM SET.

8      MR. JOHNSTON:  YOUR HONOR, WHAT WE HAD PROPOSED,

9  ALTHOUGH WE DISAGREED, WAS TO SET A DATE IN EARLY FEBRUARY; THE

10  EARLIEST DATE AFTER MR. ROSENBUSH IS DONE WITH HIS TRIAL.

11      THEN, HE WOULD BE IN A POSITION TO COME IN AND

12  MEANINGFULLY SET SOME DATES TO GET THE CASE GOING.

13      AND MISS AULT, AS I UNDERSTAND IT, IS UNCOMFORTABLE

14  WITH PUTTING THE CASE OVER THAT LONG.

15      OUR CONCERN IS:  IF WE COMING BACK IF THIRTY OR SIXTY

16  DAYS, IT IS GOING TO BE JUST LIKE TODAY, WE ARE GOING TO BE

17  SAYING, LIKE WE SAID, MR. ROSENBUSH IS STILL IN TRIAL, WON'T BE

18  AVAILABLE UNTIL THE END OF JANUARY.

19      THE COURT:  WELL, HE COULD AT LEAST ADVISE COUNSEL FOR

20  --  HE DOESN'T HAVE TO RELY ON YOU.  HE COULD SEND SOMEONE INTO

21  COURT, IT DOESN'T HAVE TO BE COUNSEL FOR ANOTHER DEFENDANT WHO

22  MAY OR MAY NOT HAVE  CONFLICT WITH MR. ROSENBUSH'S CLIENT.

23      BUT HE CAN SEND SOMEONE IN TO REQUEST THAT THE MOTION

24  DATE BE SET AT A PARTICULAR TIME.

25      BY THE TIME WE COME BACK, WHATEVER THAT DATE IS, HE

1   SHOULD HAVE A BETTER IDEA OF WHEN HE IS GOING TO BE THROUGH WITH

2   THE CASE.

3         LET'S SEE, MR. GHAZARIAN SAYS THAT THE CASE IS STILL

4   IN THE EARLY STAGES.

5         MR. GHAZARIAN:  WELL, IT HAS BEEN GOING SINCE THE LAST

6   WEEK OF SEPTEMBER.  AND THEY ARE NOW GOING INTO VOIR DIRE OF THE

7   JURY.

8         THE COURT:  WHAT HAPPENED BEFORE?

9         MR. GHAZARIAN:  MOTIONS IN LIMINE.

10         THE COURT:  IT CAN'T BE THAT HE COULDN'T GOTTEN AWAY

11   FOR SOME LIMITED PERIOD DURING THAT TIME; HE WASN'T APPEARING

12   WITH THE JURY IN THOSE PROCEEDINGS.

13

14         MR. JOHNSTON   MR. GHAZARIAN: MR. JOHNSTON:  YOUR

15   HONOR, I ASKED ABOUT THAT.  HE INDICATED TO ME THAT THEY ARE

16   DARK ON FRIDAY'S; AND, HE IS HAPPY TO COME IN ON FRIDAY.

17         THE COURT:  WELL, I THINK THAT IS WHAT WE OUGHT TO DO;

18   OKAY?

19         MR. GHAZARIAN: OKAY.

20         THE COURT:  WE WILL SET THIS FOR A DATE WHEN THE COURT

21   HAS A CALENDAR ON A FRIDAY.  BECAUSE OTHERWISE I THINK WE ARE

22   JUST GOING TO BE WAITING TOO LONG.

23         SO, TO TRY TO ACCOMMODATE EVERYBODY'S INTEREST IN THIS

24   MATTER.  WE WILL PICK A FRIDAY WHERE WE CAN SET THIS.  I WOULD

25   SAY THAT WE PROBABLY SHOULD PICK --

```
 1              NOW, YOU COME UP FROM L.A.

 2              MR. GHAZARIAN:  YES, YOUR HONOR.

 3              THE COURT:  DO YOU COME UP FROM L.A,  TOO?

 4              MR. JOHNSTON:  SO DO I, YOUR HONOR, AND AS DO THE

 5     THREE DEFENDANTS; AND THEY HAVE TO DRIVE.

 6              THE COURT:  ALL RIGHT. WELL, WHY DON'T WE PICK IT ON A

 7     FRIDAY AT 10:30, FOR EXAMPLE, OR SOMETHING LIKE THAT.  WOULD YOU

 8     RATHER HAVE NINE O'CLOCK?

 9              MR. GHAZARIAN:  WELL, THAT MEANS WE HAVE TO THE FLY

10     THE NIGHT BEFORE.

11              THE COURT:  EVEN AT 10:30? YOU CAN'T GET ON A SEVEN

12     O'CLOCK FLIGHT?

13              MR. GHAZARIAN:  I DON'T KNOW IF THERE IS, I WILL HAVE

14     TO CHECK.

15              THE COURT:  WELL, YOU KNOW, THERE ARE A MILLION

16     AIRLINES.  AND GEE, EVERY THIRTY SECONDS THEY ARE FLYING FROM

17     L.A.

18              MR. JOHNSTON IF IT IS ALL THE SAME TO THE COURT, EARLY

19     AFTERNOON IS BEST FOR US.

20              THE COURT:  BUT EARLY MORNING IS BEST.

21              MR. JOHNSTON:  BUT, WE WILL DO WHAT THE COURT

22     CONSIDERS BEST.

23              THE COURT:  THAT IS WHY I AM GOING TO PICK TEN-THIRTY,

24     IF THAT IS BETTER THAN NINE O'CLOCK.

25              MR. JOHNSTON:   THAT'S FINE. THEN OBVIOUSLY WE WILL DO
```

1   WHAT THE COURT WANTS.

2          THE COURT:  THANK YOU.  ALL RIGHT. SO, I AM GOING TO

3   PICK TEN-THIRTY, IF THAT IS BETTER THAN NINE O'CLOCK.

4          MR. JOHNSTON:  THANK YOU.

5          THE COURT:  OKAY.  THAT WAY, HOPEFULLY, YOU CAN GET A

6   MORNING FLIGHT AND GET UP HERE.  AND  IF YOU WERE A LITTLE

7   DELAYED WE WOULD LIKELY HAVE ON THAT DATE, OTHER MATTERS THAT WE

8   CAN TAKE BEFORE YOUR UNTIL YOU SHOW UP.  BUT, TRY NOT TO BE

9   LATE.

10          MR. JOHNSTON:   WELL, WE'LL BE HERE, YOUR HONOR.

11          THE COURT:  OKAY.  ALL RIGHT. SO, MISS LUCERO, WHAT

12   DATE DO WE HAVE OPEN THAT IS GOOD, THAT WOULD GIVE MR. ROSENBUSH

13   A DECENT SHOT AT KNOWING WHEN HIS CASE IS GOING TO BE WRAPPING

14   UP.

15          WE COULD PICK SOMETIME IN DECEMBER, FOR EXAMPLE,  I

16   THINK MIGHT BE A GOOD TIME.

17          MR. JOHNSTON:  OH, COULD I SUGGEST, YOUR HONOR,

18   BECAUSE --

19          THE COURT:  MY SUGGESTION IS PRETTY GOOD BECAUSE WE

20   TOOK THIS CASE AHEAD OF THE CUSTODY'S.

21          MR. JOHNSTON:  SORRY, YOUR HONOR. IF HIS TRIAL IS SET

22   TO END IN LATE JANUARY, WE MIGHT BE BETTER OFF PICKING A DATE IN

23   EARLIER JANUARY-ISH, SO HE HAS GOT A REALISTIC NOTION OF WHAT IS

24   HAPPENING WITH THAT TRIAL.

25          THE COURT:  HOW ABOUT DECEMBER -- HANG ON.  HOW ABOUT

DECEMBER 12TH?

MISS AULT:  THAT IS FINE WITH US, YOUR HONOR.

THE COURT:  IF WE DID EARLY JANUARY, THE PROBLEM WITH JANUARY IS THAT I AM GOING TO BE PICKING, AT THAT POINT, WE ARE ACTUALLY DOING WHAT CALL A 'HOKEY' VOIR DIRE IN A CAPITAL CASE. AND WE ARE GOING TO PROBABLY HAVE TO USE A SUBSTANTIAL -- WELL, ACTUALLY, NO.

WE MIGHT BE ABLE TO DO THAT.  IF EARLY JANUARY IS NOT TOO FAR OUT OF LINE FOR MISS AULT, WE CAN GO AHEAD AND PUT EARLY JANUARY.

I THINK, YOU WERE ASKING THAT THE MATTER GO OVER, ORIGINALLY UNTIL JANUARY?

MISS AULT:  YOUR HONOR, I THOUGHT WE WERE GOING TO PUT THE MATTER OVER TO DECEMBER.  I DO APOLIGIZE FOR THIS TAKING LONGER.  WE WOULD PREFER DECEMBER 12.

THE COURT:  WELL, I'M JUST WONDERING IF THAT DATE IS TOTALLY CROWDED ON THE CALENDAR THAT YOU ARE GOING TO  SHOW UP ON, I WILL CONSIDER PUTTING IN EARLIER JANUARY; ALTHOUGH I REALLY DON'T WANT YOU HERE WHEN WE ARE DOING WHATEVER WE ARE DONG ON THE CAPITAL CASE.

THE CLERK:  THE 12TH, IS FINE, DECEMBER.

THE COURT:  ALL RIGHT, WE WILL GO WITH DECEMBER 12TH. THEN IF MR. ROSENBUSH COMES IN AND SAYS: GEE, I CAN'T TELL YOU ANYTHING, WE WILL TAKE THAT INTO CONSIDERATION.

ALL RIGHT, TEN-THIRTY (10:30). I'M EXCLUDING TIME FOR

1    CONTINUITY OF COUNSEL, AT A MINIMUM, FOR PURPOSES OF MR. -- I AM

2    NOT SURE I AM GOING TO BE ABLE TO PRONOUNCE HIS NAME CORRECTLY,

3    BUT MR. ROSENBUSH'S CLIENT.

4          MR. GHAZARIAN: YES; IT IS MR. TER MKRTICHAYAN, YOUR

5    HONOR.

6          THE COURT: "TER-MAH-KER-CHEE-EN"?

7          MR. GHAZARIAN: YES.

8          THE COURT: ALL RIGHT. MR. TER MKRTICHAYAN, HIS

9    INTEREST IN HAVING HIS OWN COUNSEL APEARING IN THIS MATTER,

10    OUTWEIGHT ANYBODY ELSE'S INTERESTS, OR HIS, IN HAVING THE MATTER

11    PROCEED WHILE HIS COUNSEL IS UNAVAILABLE.

12          SO, FOR CONTINUITY, TIME IS EXCLUDED THROUGH DECEMBER

13    12TH.

14          A QUESTION I HAVE IS WHETHER THE DEFENDANTS SHOULD BE

15    PERSONALLY PRESENT FOR THAT PROCEEDING, OR HAVE TO BE, SINCE,

16    FRANKLY, WE ARE GOING TO SET DATE AND IT ISN'T GOING TO BE A

17    TRIAL DATE ON THAT DATE; AND, IT MIGHT SAVE THEM THE TRIP UP

18    FROM L.A. AT LEAST, IF THEY ARE DRIVING UP.

19          MR. JOHNSTON: WE ARE CERTAINLY WILLING TO WAIVE THEIR

20    PRESENCE, IF THE COURT WOULD ALLOW THAT

21          THE COURT: ANY OBJECTION TO THAT?

22          MISS AULT: NO OBJECTION, YOUR HONOR,

23          I'M ASSUMING THAT MR. GHAZARIAN CAN WAIVE FOR HIS ON

24    CLIENT BUT PERHAPS THE COURT SHOULD TAKE A PERSONAL WAIVER.

25          THE COURT: WELL, I DON'T HAVE TO TAKE IT, I WILL JUST

1    SAY THEY AREN'T REQUIRED TO BE HERE.  THEN IF THEY DECIDE NOT TO

2    BE --

3              MR. GHAZARIAN:  FOR THE RECORD, YOUR HONOR, I AM

4    AUTHORIZED BY MR. ROSENBUSH TO ACT ON HIS BEHALF--

5              THE COURT:  OKAY. ALL RIGHT.

6              MR. GHAZARIAN:  -- TO WHATEVER EXTENT NECESSARY.

7              THE COURT:  ALL RIGHT.

8              MR. GHAZARIAN: AND I SO ACT ALONG WITH MR. JOHNSTON,

9    AND SK THE CLERK TO SO NOTE.

10             THE COURT:  ALL RIGHT.

11             FOR ALL THE DEFENDANTS:  GENTLEMEN, IF YOU DON'T WANT

12   TO BE HERE AT THE NEXT CALLING, I WILL NOT REQUIRE REQUIRE YOU

13   TO BE HERE, BECAUSE IT IS A PROCEDURAL APPEARANCE IN WHICH DATES

14   ARE GOING TO BE SET.

15             AND WHATEVER DATES THE COURT SET, IF THE COURT

16   REQUIRES YOU TO BE PRESENT ON THAT NEXT DATE, THEN YOU HAVE TO

17   BE THERE AT THE NEXT DATE.

18             DO YOU UNDERSTAND?

19             MR. JOHNSTON:  THANK YOU, YOUR HONOR.

20             THE COURT:  WOULD ALL OF YOU JUST LIKE YOUR LAWYERS TO

21   APPEAR FOR YOU AND GIVE UP YOUR RIGHT TO BE PRESENT DURING THOSE

22   PROCEEDINGS?

23             THE DEFENDANT, MR. JADJARIAN: SURE.

24             THE DEFENDANT, MR. TER MKRTICHYAN: SURE.

25             THE DEFENDANT, MR. ZADIKIAN: YES.

1          THE COURT:  ALL RIGHT. COUNSEL, ARE YOU IN ACCORD IN

2    THAT RESPECT?

3          MR. JOHNSTON:  YES, YOUR HONOR.  AND THANK YOU, FOR

4    YOUR CONSIDERATION.

5          THE COURT:  SO, THE DEFENDANTS APPEARANCE FOR THE NEXT

6    PROCEEDING IS WAIVED.

7          THE NEXT PROCEEDING IS INDICATED THAT TIME WAS

8    EXCLUDED, AND THE COURT FINDS THOSE INTERESTS OUTWEIGHT ANY

9    OTHERS THAT THE PUBLIC, OR MR. TER MKRTICHYAN MIGHT HAVE IN

10   PROCEEDING WITHOUT THE EXCLUSION.

11         AND THE OTHER DEFENDANTS BEING TIED TO HIM, THEIR

12   INTEREST ARE FOLLOWING IN THAT COURSE.

13         ALL RIGHT.  OKAY.  THANK YOU.  STRUGGLE GETTING PLANE

14   SCHEDULES. ALL RIGHT.

15         MR. JOHNSTON:  THANK YOU, VERY MUCH, YOUR HONOR.

16         MR. GHAZARIAN:  THANK YOU, YOUR HONOR.

17         MISS AULT:  THANK YOU, YOUR HONOR.

18

19              <   < - <  O  O  O  > - >  >

20

21         (:WHEREUPON THE PROCEEDINGS ADJOURNED:)

22

23

24

25

CATHERINE L. EDWARDS, CSR
(510) 886-2427

1          CERTIFICATE OF THE REPORTER

2

3          I, CATHERINE EDWARDS, A CERTIFIED SHORTHAND

4     REPORTER, 3071, FOR THE UNITED STATES DISTRICT

5     COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY

6     CERTIFY THAT:

7

8

9          THE FOREGOING TRANSCRIPT OF PROCEEDINGS WERE

10    REPORTED BY ME, AND WERE THEREAFTER TRANSCRIBED

11    UNDER MY DIRECTION INTO TYPEWRITING.

12

13

14         I ALSO HEREBY CERTIFY THAT THE FOREGOING

15    TRANSCRIPT IS A TRUE RECORD OF THE PROCEEDINGS

16    AS BOUND BY ME AT THE TIME OF FILING.

17

18

19         THE VALIDITY OF THE REPORTER'S CERTIFICATION

20    OF SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY

21    AND/OR REMOVAL FROM THE COURT FILE.

22            /S/ CATHERINE EDWARDS, CSR

23         _____

24            DECEMBER  10, 2008

25