UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: September 16, 2009

Case No. CR-08-0307 MMC          JUDGE:    **Maxine M. Chesney**

SARKIS MADJARIAN
ARTASHES TER MKRTICHYAN
SERGE ZADIKIAN

_____          Present (X) Not Present ( ) In Custody ( )
          DEFENDANT

                                              Thomas Johnston (Zadikian), appearing specially for
   Kirstin Ault                                  Mark Rosenbush & Garo Ghazarian
   U.S. ATTORNEY(S)                            ATTORNEY(s) FOR DEFENDANT(s)

Deputy Clerk: Tracy Lucero          Reporter: Catherine Edwards

## PROCEEDINGS

REASON FOR HEARING   Oral Ruling on Defendants' Motion to Suppress Fruits of Illegal Wiretap

RESULT OF HEARING   Court denied motion for reasons stated on the record.

Case continued to 12/2/09 at 2:30 p.m.          for Further Status Conference

Case continued to 12/2/09 at 2:30 p.m.          for Defts' 4th Amendment Motion(s).
                    (Motion due 10/14, Opposition due 11/4, Reply Due 11/18)
Case continued to _____   for Pretrial.
Case continued to _____   for Trial. (Court/Jury: ____day(s)
Case continued to _____   for _____

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) Preparation of Counsel   Begins 9/16/09   Ends 12/2/09

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////