UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00307 MMC |
| Plaintiff, | ) | |
| v. | ) | [~~Proposed~~] |
| SARKIS MADJARIAN, ARTASHES TER MKRTICHYAN, and SERGE ZADIKIAN, | ) | Amended Restitution Order |
| Defendants. | ) | |

UPON CONSIDERATION OF the joint stipulation and motion of the parties, and attachment thereto, that an Amended Restitution Order would provide a more accurate list of the identified victims and the total traceable loss amount, and upon consideration of the entire record and for good cause shown, it is by the Court

ORDERED that the joint stipulation and motion be, and hereby is, GRANTED and the defendants MADJARIAN, MKRTICHYAN and ZADIKIAN are ordered to pay restitution to the victims in the amount of $123,224. It is further

ORDERED and ADJUDGED that the victims and their verified losses are listed in the Amended Attachment 1. Individual victims to receive priority over financial institutions.

DATED: September 16, 2011

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

Amended Restitution Order
CR 08-00307 MMC

# Amended Attachment 1
## Amended Victim Restitution List

A.  **Banks That Suffered Losses**[2]

|   | BANK | AMOUNT OF LOSS |
|---|---|---|
| 1 | Bank of America<br>Security Recovery Support<br>800 Market Street<br>MO1-800-06-15<br>St. Louis, MO 63101 | $40,140 |
| 2 | Bank of the West<br>13505 California Street<br>Omaha, NE 68154 | $600 |
| 3 | California Credit Union<br>P.O. Box 29100<br>Glendale, CA 91209 | $1,900 |
| 4 | First City Credit Union<br>717 West Temple Street<br>Los Angeles, CA 90012 | $300 |
| 5 | Focus One Credit Union<br>717 West Temple Street<br>Los Angeles, CA 90012 | $100 |
| 6 | Alaska USA<br>(formerly High Desert Credit Union)<br>P.O. Box 196613<br>Anchorage, AK 99519 | $1,200 |
| 7 | Kaiser Federal Bank<br>1359 North Grand Avenue<br>Manhattan Beach, CA 91724 | $800 |
| 8 | Kinecta Federal Credit Union<br>1440 Rosecrans Avenue<br>Covina, CA 90267 | $500 |
| 9 | Northrop Grumman Federal Credit Union<br>879 West 190th Street, Suite 800<br>Gardena, CA 90248 | $600 |

---

[1] Amended as of September 15, 2011

[2] Amount of loss calculated by the amount of money the banks paid to account-holders to reimburse claims filed for losses sustained due to the defendants' fraud.

|  | BANK | AMOUNT OF LOSS |
|---|---|---|
| 10 | Priority One Credit Union<br>1631 Huntington Drive<br>South Pasadena, CA 91030 | $300 |
| 11 | The Golden 1 Credit Union<br>8945 Calcenter Drive<br>Sacramento, CA  95826 | $300 |
| 12 | Union Bank of California<br>1980 Saturn Street, 3rd Floor<br>Monterey Park, California 91755 | $1,500 |
| 13 | Washington Mutual<br>c/o Federal Deposit Insurance Corporation<br>1601 Bryan Street<br>Dallas, TX 75201 | $47,660 |
| 14 | Wells Fargo Bank<br>2700 South Price Road<br>Chandler, AZ  85248 | $5,024 |
| 15 | J.P. Morgan Chase<br>7610 West Washington Street<br>Indianapolis, IN 46231 | $100 |
|  | **Total Loss to Banks** | **101024** |

B.   Identified Victim Account-Holders Who Did Not File Claims

|  | NAME | BANK ACCOUNT | AMOUNT |
|---|---|---|---|
| 1 | Irina S. Manukyan | Bank of America | $320 |
| 2 | Clifford R. Weiss, MD<br>& Sheila Cohn Weiss | Bank of America | $100 |
| 3 | Gregg J. Hobbs | Bank of America | $100 |
| 4 | Adriatic, Inc. | Bank of America | $2000 |
| 5 | Zeron Meric | Bank of America | $1000 |

|    | NAME | BANK ACCOUNT | AMOUNT |
|----|------|--------------|--------|
| 6  | Natasha M. Cummins | Bank of America | $500 |
| 7  | Melkon Baghdasaryan | Bank of America | $180 |
| 8  | Veronica Perdomo | Bank of America | $160 |
| 9  | Richard R. Roberts II | Bank of America | $500 |
| 10 | Anthony J Ballesteros | Credit Union of S. Cal. | $200 |
| 11 | Mary C. Rosen | First Entertainment Credit Union | $40 |
| 12 | Lyzander A Cain | U.S. Bank | $500 |
| 13 | Ryan Zimmatore | Washington Mutual | $100 |
| 14 | Andrew Ryden Dowdle | Washington Mutual | $100 |
| 15 | Bryan A. Thomas | Washington Mutual | $500 |
| 16 | Peggy A. Pierce | Washington Mutual | $500 |
| 17 | Holly C. Stoklosa | J.P. Morgan Chase | $300 |
| 18 | Marina F Santos | Wells Fargo Bank | $300 |
|    |      | **TOTAL** | **7400** |

**C.     Total Amount of Loss to Unidentified Victim Account-Holders That Have Not Filed Claims[3]   = $14,800**

**TOTAL TRACEABLE LOSS**

    A.    $101,024    Bank Losses
    B.      $7,400    Identified Account Holder Losses
    C.    $14,800    Unidentified Account Holder Losses
           **$123,224**    **TOTAL TRACEABLE LOSS**

---

[3]     The amount of loss was sustained to the individual account-holder because he or she did not file a claim and was not reimbursed by the bank. However, we have been unable to identify the individual account-holders who are owed this money in restitution.